UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

KAPONO BRONSON CHASE LINDON, SR          CASE NO.  6:26-CV-02463

VERSUS                                   JUDGE ROBERT R. SUMMERHAYS

LA DEPT CHILDREN & FAMILY                MAGISTRATE JUDGE WHITEHURST
SERVICES

## ORDER

Presently before the Court is Plaintiff's Motion for Temporary Restraining Order and Motion for Preliminary Injunction [ECF No. 3]. Based on the record, the Court finds that Plaintiff has not made the requisite showings for the issuance of a temporary restraining order or a preliminary injunction.

Temporary restraining orders are "extraordinary relief and rarely issued"[1] and preliminary injunctive relief is likewise an "extraordinary remedy."[2] To obtain injunctive relief, a movant must establish: "(1) a substantial likelihood of prevailing on the merits; (2) a substantial threat of irreparable injury if the injunction is not granted; (3) the threatened injury outweighs any harm that will result to the non-movant if the injunction is granted; and (4) the injunction will not disserve the public interest."[3]

The Court has reviewed Plaintiff's claims and the record in this case. Even with the leniency afforded to *pro se* litigants, however, Plaintiff has not demonstrated a likelihood of success on the merits of his claims. Accordingly,

---

[1] *Albright v. City of New Orleans*, 46 F.Supp.2d 523, 532 (E.D. La. 1999).
[2] *Miss. Power & Light Co. v. United Gas Pipe Line Co.*, 760 F.2d 618, 621–22 (5th Cir.1985).
[3] *Daniels Health Scis., L.L.C. v. Vascular Health Scis., L.L.C.*, 710 F.3d 579, 582 (5th Cir. 2013).

IT IS HEREBY ORDERED that Plaintiff's Motion for Temporary Restraining Order and Motion for Preliminary Injunction [ECF No. 3] is DENIED.

THUS DONE in Chambers on this 17th day of July, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE